**Order entered June 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00220-CV**

**IN RE DAVID BARNES, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-11-11126**

**ORDER**
Before Justices Osborne, Pedersen, III, and Goldstein

Before the Court are relator's April 7, 2021 petition for writ of mandamus and emergency motion for temporary relief pending action on the petition for writ of mandamus. Relator complains of the trial court's December 17, 2020 "Order After De Novo Review" as well as the trial court's failure to rule on several pending motions. We **DENY** relator's request for emergency relief. We request that real party in interest and respondent file a response, if any, to the petition by **June 28, 2021**.

Also before the Court is relator's April 7, 2021 motion to seal court records. We **GRANT** the motion and **DIRECT** the Clerk of the Court to place relator's

April 7, 2021 petition for writ of mandamus and emergency motion for temporary relief, accompanying mandamus record, and any responses in this original proceeding under seal.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE